**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Erik Delgado Garcia v. The State of Texas

Appellate case number:   01-11-00985-CR

Trial court case number:  1253927

Trial court:             184th District Court of Harris County

The Texas Code of Criminal Procedure provides, in part: "If a criminal action or proceeding is . . . appealed, an officer of the court shall certify and sign a bill of costs stating the costs that have accrued and send the bill of costs to the court to which the action or proceeding is . . . appealed." *See* TEX. CODE CRIM. PROC. ANN. § 103.006 (Vernon 2006).

The District Court Clerk is ORDERED to file a supplemental clerk's record with the Clerk of this Court that contains the following document: a certified and signed bill of costs. *See* TEX. CODE CRIM. PROC. ANN. § 103.006; *see also* TEX. R. APP. P. 34.5(c).

The supplemental clerk's record is to be filed with the Clerk of this Court by December 14, 2012.

It is so ORDERED.


Judge's signature: /s/ Justice Higley
                        ⊠ Acting individually


Date:  December 10, 2012